IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JENNIFER BROADHURST GRANT,

    Plaintiff,

v.

UNICARE LIFE AND HEALTH
INSURANCE COMPANY and
FORD MOTOR COMPANY,

    Defendants.

Case No. 3:21-cv-00195-LPR

## SECOND AMENDED FINAL SCHEDULING ORDER—ERISA CASE

The Court, having reviewed the parties' Joint Motion to Amend Final Scheduling Order (Doc. 14) finds that the Motion is meritorious and should be GRANTED. Therefore, it is

ORDERED that the Final Scheduling Order is amended as follows:

The briefing schedule is this:

- The parties must file the stipulated administrative record on or before January 31, 2022;

- Plaintiff must move for judgment and file his or her brief within twenty-one calendar days after the stipulated record is filed (or on or before February 21, 2022);

- Defendants must respond to the motion and file their responding briefs within twenty-one calendar days after the Plaintiff's brief is filed (or on or before March 14, 2022);

- Plaintiff may file a reply brief within ten calendar days after Defendants file their briefs (or on or before March 24, 2022).

2

IT IS SO ORDERED THIS 10th day of January, 2022

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE