IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JENNIFER BROADHURST GRANT**                                                                 **PLAINTIFF**

v.                              **Case No. 3:21-CV-00195-LPR**

**UNICARE LIFE AND HEALTH
INSURANCE COMPANY and
FORD MOTOR COMPANY**                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe. J. Volpe.[1] No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted except for Section III.A.[2] Accordingly, Ms. Grant's Motion for Summary Judgment is DENIED.[3] Judgment will be entered in favor of Defendants.

IT IS SO ORDERED this 10th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] PFRD (Doc. 33).

[2] The Court agrees with Judge Volpe that the denial-of-benefits decision "was not arbitrary or capricious." *Id.* at 10. Because that merits-based determination is sufficient to resolve this case, and because the Court has some concerns about the correctness of the exhaustion-of-administrative-remedies analysis, the Court chooses not to adopt Section III.A of the PFRD. It is unnecessary to the disposition of this case.

[3] Pl.'s Mot. for Summ. J. (Doc. 21).