IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JENNIFER BROADHURST GRANT**                                                                **PLAINTIFF**

v.                              Case No. 3:21-CV-00195-LPR

**UNICARE LIFE AND HEALTH
INSURANCE COMPANY and
FORD MOTOR COMPANY**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants.

IT IS SO ADJUDGED this 10th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE